**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 06-cr-00113-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSE GALAVIZ-RAMIREZ,

    Defendant.
_____

**ORDER**
_____

Upon Defendant's pro se Motion for Sentence Adjustment (Doc 30 - filed July 16, 2007), it is

ORDERED that the Motion is DENIED.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED: July 18, 2007