IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02644-LTB
Criminal Action No. 06-cr-00113-LTB-01

UNITED STATES OF AMERICA,

v.

JOSE GALAVIZ-RAMIREZ,

    Movant.

ORDER TO CURE DEFICIENCIES

    Movant, Jose Galaviz-Ramirez, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated in Big Spring, Texas. Mr. Galaviz-Ramirez filed **pro se** a document titled "Motion of Appeal Under Title 28 U.S.C. § 2255 Illegal Sentence." He also filed a motion for the appointment of counsel to represent him.

    The Court must construe liberally the 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence because Mr. Galaviz-Ramirez is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the **pro se** litigant's advocate. **See Hall**, 935 F.2d at 110. For the reasons states below, Mr. Galaviz-Ramirez will be ordered to cure certain deficiencies in the case.

    The Court has reviewed the 28 U.S.C. § 2255 motion and finds that the motion is deficient because it is not filed on the proper form approved for use by prisoners in this

Court. Mr. Galaviz-Ramirez will be directed to assert his claims on the proper form if he wishes to pursue his claims in this Court in this action. In addition, the motion fails to comply with Rule 8 of the Federal Rules of Civil Procedure because Mr. Galaviz-Ramirez fails to assert any claims with supporting factual allegations.

Mr. Galaviz-Ramirez will be directed to file on the proper, Court-approved form a 28 U.S.C. § 2255 motion that complies with Fed. R. Civ. P. 8. The § 2255 motion that Mr. Galaviz-Ramirez will be directed to file must assert clearly his federal claims and the relief he seeks. Accordingly, it is

ORDERED that Mr. Galaviz-Ramirez submit **within thirty (30) days from the date of this order** on the proper, Court-approved form a 28 U.S.C. § 2255 motion that complies with Fed. R. Civ. P. 8. It is

FURTHER ORDERED that the 28 U.S.C. § 2255 motion shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Galaviz-Ramirez, together with a copy of this order, two copies of the following form to be used in filing the 28 U.S.C. § 2255 motion: Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. It is

FURTHER ORDERED that if Mr. Galaviz-Ramirez fails within the time allowed to submit a 28 U.S.C. § 2255 motion as directed, the document titled "Motion of Appeal

Under Title 28 U.S.C. § 2255 Illegal Sentence" will be denied and the action dismissed without further notice. It is

FURTHER ORDERED that the motion for the appointment of counsel is denied as premature.

DATED at Denver, Colorado, this  28th  day of       December      , 2007.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court